| | |
|---|---|
| 1 | Daniel F. Polsenberg (Bar No. 2376)<br>J Christopher Jorgensen (Bar No. 5382) |
| 2 | Joel D. Henriod (Bar No. 8492)<br>Abraham G. Smith (Bar No. 13250) |
| 3 | LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Parkway, Suite 600 |
| 4 | Las Vegas, Nevada 89169-5996<br>Tel: (702) 949-8200 |
| 5 | Email: DPolsenberg@LRRC.com<br>Email: CJorgensen@LRRC.com |
| 6 | Email: JHenriod@LRRC.com<br>Email: ASmith@LRRC.com |
| 7 | |
| 8 | *Attorneys for Defendants Cardinal Health, Inc.; Cardinal Health 6 Inc.; Cardinal Health Technologies LLC; Cardinal Health 108 LLC d/b/a Metro Medical Supply* |

## UNITED DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| 11 | CITY OF NORTH LAS VEGAS, | Case No.: 2:19-cv-02143-JCM-DJA |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | PURDUE PHARMA, L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; PURDUE PHARMACEUTICALS, L.P.; RICHARD S. SACKLER; JONATHAN D. SACKLER; MORTIMER D.A. SACKLER; KATHE A. SACLER; ILENE SACKLER LEFCOURT; DAVID A. SACKLER; BEVERLY SACKLER; THERESA SACKLER; PLP ASSOCIATES HOLDINGS L.P.; ROSEBAY MEDICAL COMPANY L.P.; BEACON COMPANY; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; PAR PHARMACEUTICAL, INC.; PAR PHARMACEUTICAL COMPANIES, INC.; ALLERGAN, INC.; ALLERGAN USA, INC.; ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; MALLINCKRODT LLC; SPECGX LLC; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; NORAMCO, INC.; AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH INC.; CARDINAL HEALTH 6 INC.; CARDINAL HEALTH TECHNOLOGIES LLC; CARDINAL HEALTH 414 LLC; CARDINAL HEALTH 200 LLC; MCKESSON CORPORATION; WALGREENS BOOTS ALLIANCE, INC.; WALGREEN CO.; WALGREEN EASTERN CO., | **JOINDER TO DEFENDANT McKESSON CORPORATION'S STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE (ECF # 9)** |

| | |
|---|---|
| 1 | INC.; WALMART INC.; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; CVS |
| 2 | INDIANA, L.L.C.; CVS RX SERVICES, INC.; CVS TENNESSEE DISTRIBUTION L.L.C.; MASTERS |
| 3 | PHARMACEUTICAL, LLC f/k/a MASTERS PHARMACEUTICAL, INC.; C & R PHARMACY |
| 4 | d/b/a KEN'S PHARMACY f/k/a LAM'S PHARMACY, INC.; EXPRESS SCRIPTS HOLDING |
| 5 | COMPANY; EXPRESS SCRIPTS, INC.; AIDA B MAXSAM; STEVEN A HOLPER MD; STEVEN A. |
| 6 | HOLPER, M.D. PROFESSIONAL CORPORATION; HOLPER OUT-PATIENTS MEDICAL CENTER, |
| 7 | LTD.; DOES 1 through 100; ROE CORPORATIONS 1 through 100 AND ZOE PHARMACIES 1 through |
| 8 | 100, inclusive, |
| 9 | Defendants. |

Defendants Cardinal Health, Inc.; Cardinal Health 6 Inc.; Cardinal Health Technologies LLC; Cardinal Health 108 LLC d/b/a Metro Medical Supply hereby consent to and join in the "Stipulation and [Proposed] Order to Continue Responsive Pleading Deadline" (ECF No. 9).

Dated this 18th day of December, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ J Christopher Jorgensen*
Daniel F. Polsenberg (Bar No. 2376)
J Christopher Jorgensen (Bar No. 5382)
Joel D. Henriod (Bar No. 8492)
Abraham G. Smith (Bar No. 13250)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8200

*Attorneys for Defendants Cardinal Health, Inc.; Cardinal Health 6 Inc.; Cardinal Health Technologies LLC; Cardinal Health 108 LLC d/b/a Metro Medical Supply*

**IT IS SO ORDERED.**

Dated: December 31, 2019

_____
Daniel J. Albregts
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019, I caused a true and accurate copy of the foregoing document entitled **JOINDER TO DEFENDANT McKESSON CORPORATION'S STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE (ECF # 9)** to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy upon all registered counsel of record.

          */s/ Adriana Garcia*
     An Employee of Lewis Roca Rothgerber Christie LLP